JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 308 -- IN RE GENERAL MOTORS CORPORATION ENGINE INTERCHANGE LITIGATION

| Date | No. Code | |
|---|---|---|
| 5/19/77 | 1 | MOTION, BRIEF, EXHIBIT A & B -- DEFENDANT GENERAL MOTORS CORP. for transfer of actions (A-1 through A-9) SUGGESTED TRANSFEREE DISTRICT: N.D. Alabama (Southern Div.) |
| 5/24/77 | 1a | FIRST SUPPLEMENT MOTION -- MOVANTS    N.D. Illinois (Eastern Div.) |
| 5/27/77 | | APPEARANCES: General Motors Corp. by W. W. Herndon |
| | | (Also P. F. McCartan -- refused per Herndon's dir.) |
| | | Pltf. D. D. King by Scott Baldwin |
| | | Pltf. Phil & Eileen Miller by Lawrence Walner |
| | | Pltf. John C. & Mary N. Hannan by Kaftan, Kaftan, Kaftan, Kuehne, Van Egeren & Ostrow, S.C. |
| | | Pltf. Michael J. Balog, by M. D. Buchwach |
| | | Hames Oldsmobile, Inc. by W. H. Kelly, Jr. |
| 5/31/77 | | APPEARANCES -- STATE OF ILLINOIS -- John G. Mulack, Esq. |
| | | PATRICK NATTER -- Roscoe B. Hogan, Esq. |
| | | DAVID LEVINE -- Melvin Block, Esq. |
| | | WILLIAM C. PARKER -- Gerald Bleassey, Esq. |
| 6/1/77 | | HEARING ORDER -- Setting A-1 through A-9 and B-1 for hearing -- June 24, 1977, Washington, D.C. |
| 6/3/77 | 2 | RESPONSE -- PHIL AND EILEEN MILLER w/cert. of service |
| 6/3/77 | | APPEARANCE -- Charles A. Boyle, Esq. for Betty J. Oswald, Esq. |
| 6/6/77 | 3 | RESPONSE -- WILLIAM J. SCOTT w/cert of service |
| 6/6/77 | 4 | RESPONSE -- BETTY J. OSWALD w/cert. of service |
| 6/9/77 | | APPEARANCE -- JOHN C. AND MARY N. HANNAN -- Kaftan, Kaftan, Kaftan, Kuehne, Van Egeren & Ostrow |
| 6/9/77 | 5 | RESPONSE, BRIEF, CERT. OF SERVICE -- JOHN C. AND MARY N. HANNAN |
| 6/21/77 | | LETTER RESPONSE -- Lula B. Creel and Guy W. Creel |
| 6/21/77 | | WAIVER OF ORAL ARGUMENT -- John C. Hannan & Mary N. Hannan |
| 6/21/77 | | WAIVER OF ORAL ARGUMENT -- William C. Parker |
| 6/22/77 | | REQUEST TO FILE LATE -- Plaintiff Patrick Natter -- GRANTED |
| 6/22/77 | 6 | RESPONSE, MEMORANDUM, Cert. of Service -- PATRICK NATTER |
| 6/23/77 | 7 | RESPONSE -- Michael Balog w/cert. of service |
| 6/24/77 | 8 | RESPONSE, BRIEF, CERT. OF SERVICE. -- David Levine |
| 7/11/77 | | CONSENT OF TRANSFEREE COURT -- from Ch.J. Parsons for Judge Frank J. McGarr to handle litigation in the N.D. Illinois under 28 U.S.C. 1407 |
| 7/11/77 | | ORDER -- transferring A-1, A-5, A-6, A-7, A-8, A-9 and B-1 to the N.D. Illinois under 28 U.S.C. §1407 to be handled by Judge Frank J. McGarr with A-2, A-3 and A-4 for pretrial proceedings. Notified transferee clerk, judge, transferor judge, clerks, counsel, and panel judges. |
| 7/14/77 | 9 | MOTION, BRIEF -- General Motors Corp. to add C-1 and C-2 |
| 8/9/77 | | C-1 State of Alabama, ex rel v. General Motors, N.D.Ala, 77-P-0881-S Stipulation between Alabama and General Motors to transfer case under 28 U.S.C. §1407 to N.D. Illinois |

JPML FORM 1A - Continuation                     DOCKET ENTRIES -- p. 2

DOCKET NO. 308 -- In re General Motors Corporation ENGINE Interchange Litigation

| Date | No. Code | |
|---|---|---|
| 8/22/77 | | C-1 State of Alabama, ex rel v. General Motors Corp., N.D.Ala, 77-P-0881-S |
| | | C-2 James B. Blackman, et al. v. General Motors Corp., D. S.Car. E. C.A. No. 77-1191 |
| | | ORDER -- Transferring the above actions to the N.D.Illinois under 28 U.S.C. §1407 (C-1 Stipulated transfer, C-2 transferred under 1407 no oppositions received. |
| 8/22/77 | | C-1 State of Alabama, v. G.M. Corp., N.D.Ala, 77-P-0881 STIPULATION between the parties to transfer action to the N.D. Illinois under 28 U.S.C. §1 407 |
| 8/22/77 | C-3 | HAROLD HENSLEY V. GENERAL MOTORS CORP., W.D. Virginia, 77-0030 CONDITIONAL TRANSFER ORDERS filed today. Notified counsel, involved judges. |
| 9/2/77 | | C-3 Hensley v. GMC, W.D. VA., C.A.#77-0030 NOTICE OF OPPOSITION -- Defendant General Motors Corp. w/cert. of svc |
| 9/14/77 | | C-4 Tutwiler v. General Motors Corp.,N.D. AL., CA77-P1143S CTO FILED TODAY. NOTIFIED INVOLVED COUNSEL AND JUDGES. |
| 9/16/77 | 10 | C-3 HENSLEY V. G.M., W.D.VA., CA 77-0030 -- General Motorss MOTION AND BRIEF TO VACATE CTO w/cert. of service |
| 9/19/77 | | C-4 Tutwiler v. General Motors Corp., N.D.Al., CA77-P1143S NOTICE OF OPPOSITION -- Plaintiff Tutwiler. |
| 9/27/77 | 11 | MOTION, BRIEF IN SUPPORT OF MOTION TO VACATE CTO -- Movant Tutwiler w/cert. of service. |
| 9/29/77 | | C-4 Tutwiler v. General Motors Corp., N.D.AL., CA77-P1143S NOTICE OF OPPOSITION -- Defendant General Motors Corp. w/cert. of svc |
| 10/7/77 | | HEARING ORDER -- setting C-3 and C-4 for hearing, Oct. 28, 1977 in New York City. |
| 10/14/77 | 12 | MOTION, BRIEF -- General Motors Corp. w/cert. of svc. |
| 10/26/77 | 13 | C-4 --Supplemental Response--Plaintiff Tutwiler with certificate of service |
| 10/26/77 | 14 | C-3--SUPPLEMENTAL RESPONSE--General Motors Corporation with certificate of service |
| 10/26/77 | 15 | SUPPLEMENTAL RESPONSE -- General Motors Corporation (Tutwiler) |
| 12/19/77 | | OPINION AND ORDER transferring C-3 Harold Hensly and C-4 Howard Tutwiler to the N.D. Illinois for assignment to Judge Frank J. McGarr under 28 U.S.C. §1407 |
| 1/3/78 | | C-5 J.B. Daniel v. General Motors Corp. et al. N.D. AL. C.A. # CA77P1171M CTO filed today. Notifield involved counsel and judges. (emh) |
| 1/19/78 | | C-5 J.B. Daniel v. General Motors Corp., et al. N.D. AL C.A. # CA77P1171M CTO FINAL TODAY -- Notified involved Clerks and Judges (emh) |
| 3/30/78 | | D-1 William M. Barbush v. General Motors Corp. Anderson Oldsmobile, Inc. D. Md., #HM-77-1866 CONDITIONAL TRANSFER ORDER FILED TODAY -- Notified counsel & Judges (cds) |
| 4/10/78 | | NOTICE OF OPPOSITION -- D-1 William M. Barbush v. General Motors Corp. & Anderson Oldsmobile, Inc. -- Filed by Roger L. Smith, Plaintiffs counsel (cds) |

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p. 3

DOCKET NO. 308 -- IN RE GENERAL MOTORS CORPORATION ENGINE INTERCHANGE LITIGATION

| Date | No. Code | |
|---|---|---|
| 4/24/78 | 16 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER -- (D-1) William M. Barbush v. General Motors & Anderson Olds., D. Md., #HM-77-1866 -- Plaintiff Barbush -- w/cert. of service (cds) |
| 5/1/78 | | HEARING ORDER -- setting D-1 William M. Barbush v. General Motors Corp. & Anderson Oldsmobile, Inc., D. Md., C. A. No. HM-77-1866 for hearing in Phil., Pa., on May 26, 1978. (ea) |
| 5/4/78 | | APPEARANCE -- STEVEN A. ALLEN, ESQ. for Anderson Oldsmobile, Inc. (cds) |
| 5/9/78 | 17 | RESPONSE, BRIEF -- General Motors Corporation (D-1) Barbush v. Gen. Motors -- w/cert. of service (cds) |
| 5/23/78 | | HEARING APPEARANCE FOR MAY 26, 1978 HEARING -- WILSON W. HERNDON, ESQ. for General Motors (cds) |
| 5/23/78 | | WAIVER OF ORAL ARGUMENT FOR MAY 26, 1978 HEARING -- ROGER L. SMITH, ESQ. for William M. Barbush (cds) |
| 5/26/78 | | APPEARANCE -- DAVID W. BRAND, ESQ. for Merry Oldsmobile (cds) |
| 5/31/78 | | TRANSFER ORDER -- (D-1) William M. Barbush v. General Motors Corp. & Anderson Oldsmobile, Inc., D. Md., # HM-77-1866 -- Notified involved counsel, judges and clerks,(cds) |
| 6/12/78 | | C-3 Hensley v. General Motors Corp., N.D. Ill., C.A.No. 78C-418 CONDITIONAL REMAND ORDER FILED TODAY.  Notified involved counsel and judge. (ea) |
| 6/28/78 | | C-3 Hensley v. General Motors Corp., N.D. Ill., C.A.No. 78C-418 CONDITIONAL REMAND ORDER FINAL TODAY.  Notified involved clerks and judge. (ea) |
| 8/17/78 | | C-4 Tutwiler v. General Motors Corp., N.D.Ill., C.A. No. 77-C-4791 CONDITIONAL REMAND ORDER FILED TODAY.  Notified involved xxxxxxxxxxxxx counsel and Judge. (emh) |
| 9/5/78 | | SUGGESTION OF REMAND -- C-4 -- Tutwiler v. General Motors Corp. Judge McGarr       (emh) |
| 9/5/78 | | CONDITIONAL REMAND ORDER FINAL TODAY -- C-4 Tutwiler v. General Motors Corp., N.D. Ill., C.A. No. 77-C-4791 -- Notified Involved Judge and clerks (cds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 308 -- In re General Motors Corporation Engine Interchange Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 8/10/79 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-2 Celia M. Gasque, et al. v. General Motors Corp., N.D.Ala. C.A. No. CA79-H-0801-S -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| 8/23/79 | 18 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (D-2) Gasque, et al. v. G.M. Corp., N.D.Ala., C.A.No. CA79-H-0801-S -- Plaintiff Celia M. Gasque, et al. -- -- w/cert. of service (cds) |
| 8/24/79 | 19 | NOTICIE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (D-2) (this is 2nd opposition in this action) - General Motors Corp. -- w/cert. of service (cds) |
| 9/5/79 | 20 | ~~MOTION/BRIEF TO VACATE CTO (D-2) -- w/Exhibit A and w/cert. of service (emh)~~ |
| 9/5/79 | 20 | MOTION/BRIEF TO VACATE CTO (D-2) -- Pltf. Celia M. Gasque, et al. -- w/cert. of svc. (emh) |
| 9/7/79 | 21 | MOTION/BRIEF TO VACATE CTO (D-2) -- General Motors Corp -- w/Exhibits and cert. of svc. (emh) |
| 9/14/79 | | ORDER VACATING CTO (D-2) -- Gasque, et al. v. General Motors Corp., N.D. Ala., C.A.No. CA79-H-0801-S (emh) |
| 9/14/79 | 22 | MOTION TO VACATE CTO (D-2) -- General Motors Corp. -- w/Exhibits and cert. of svc. (emh) |

CAPTION: IN RE GENERAL MOTORS CORPORATION ENGINE INTERCHANGE LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s) 6/24/77  10/28/77

Consolidation Ordered 7/11/77          Consolidation Denied _____

Opinion and/or Order 7/11/77 Unpublished

Citation _____

Transferee District **NORTHERN DISTRICT OF ILLINOIS**    Transferee Judge **FRANK J. MCGARR**

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Lula B. Creel and Guy W. Creel, etc. v. General Motors Corp. | N.D.AL Pointer | CA77 P 440S | 7/11/77 | ? | 10/31/79 | |
| A-2 | William J. Scott, etc. v. General Motors Corp., et al. | N.D.IL McGarr | 77 C 927 | | | 6/27/81 D | |
| A-3 ✓ | Betty J. Oswald, etc. v. General Motors Corp. | N.D.IL McGarr | 77 C 1006 | | | 6/27/81 D | |
| A-4 ✓ | Phil and Eileen Miller, etc. v. General Motors Corp. | N.D.IL McGarr | 77 C 1436 | | | 6/27/81 D | |
| A-5 ✓ | Michael J. Balog, etc. v. General Motors Corp. | W.D.MPAS Rosenberg | 577-443 N | 7/11/77 | 77C2626 | 6/27/81 D | |
| A-6 ✓ | John C. Hannan and Mary N. Hannan, etc v. General Motors Corp. | E.D.WISC. Reynolds | 77C265 | 7/11/77 | 77C2895 | 10/31/79 | |
| A-7 ✓ | D.D. King v. General Motors Corp. | E.D.TX Fisher/Seegars | M-77-24-CA | 7/11/77 | 77C2653 | 10/31/79 | |
| A-8 | David Levine, etc. v. General Motors Corp., et al. | E.D.N.Y. Costantino | 77C849 | 7/11/77 | 77C2627 | 10/31/79 | |
| A-9 | William C. Parker, etc. v. General Motors Corp. | S.D.MISS Upon | S87-0174(N) | 7/11/77 | 77C2652 | 10/31/79 | |
| B-1 | Patrick J. Natter, etc. v. General Motors Corp. | N.D.Ala Pointer | CA-77-P-0659-S | 7/11/77 | ? | 10/31/79 | |

DOCKET NO. __308__ -- __In re General Motors Corporation Engine Interchange Litigation__ -- p. 2

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-1 | State of Alabama, ex rel v. General Motors Corp. | N.D.Ala Pointer | 77-P-0881-S | 8/22/77 | 77C 3282 | 10/31/79 | |
| C-2 | James B. Blackman, et al v. General Motors Corp. | D.S.Car Blatt | 77-1181 | 8/22/77 | 77C 3263 | 5/26/78 | |
| C-3 | Harold Hensley v. General Motors Corp 6/10/78 RO   8/22/77 opposed | W.D.VA Turk | 77-0030 | 12/19/77 | 78C 418 | 6/28/78 | remand |
| C-4 | Howard Tutwiler v. General Motors Corp.  opposed 9/14/77  9/9/77 | N.D.AL. Pointer | CA77-P1143S | 12/19/77 | 77C 479 | 9/5/78 | |
| C-5 | J.B. Daniel v. Generals Corp. et al.  1/3/78 | N.D.AL. Pointer | CA77P1171M | 1/19/78 | 78C 364 | 6/27/81 D | |
| D-1 | William M. Barbush v. General Motors Corp. & Anderson Oldsmobile, Inc.  opposed 4/10/78 | D. Md. Murray | HM-77-1866 | 5/31/78 | 78C 2346 | 11/7/80 D | |
| XYZ-1 | Skokie Central Traditional Congregation, etc. v. General Motors Corp. | N.D.Ill McGarr | 78C1457 | | | 6/27/81 D | |

July 1978 — 13 TR / 4 XYZ / 1 DIS / 16 Pdg

July 1979 — 13 TR / 4 XYZ / 5 DISD / 14 Pdg

July 1980 — 13 TR 4 XYZ / 9 Dis / 1 Rem / 7 Pdg

DOCKET NO. 308 -- In re General Motors Corporation Engine Interchange Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-2 | Celia M. Gasque, et al. v. General Motors Corp. 8/10/79 | N.D.Ala. Hancock | CA79-H-0801-S | | | | VACATED 9/14/79 |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 308 -- IN RE GENERAL MOTORS CORPORATION ENGINE INTERCHANGE LITIGATION

---

LULA B. CREEL & GUY W. CREEL, ETC. (A-1)
Charles E. Clark, Esquire
Carlton, Boles, Clark & Stichweh
603 Frank Nelson Building
Birmingham, Alabama  35203

WILLIAM J. SCOTT, ETC. (A-2)
Honorable William J. Scott
Attorney General of Illinois
c/o Donald C. Mulack, Esquire
Asst. Attorney General
134 N. LaSalle St., Room 204
Chicago, Illinois  60602

BETTY J. OSWALD, ETC. (A-3)
Charles A. Boyle, Esquire
77 W. Washington Street
Chicago, Illinois  60602

PHIL & EILEEN MILLER, ETC. (A-4)
Lawrence Walner, Esquire
Lawrence Walner & Associates, Ltd.
221 N. LaSalle St.
Chicago, Illinois  60601

MICHAEL J. BALOG, ETC. (A-5)
Michael D. Buckwach, Esquire
Litman, Litman, Harris & Specter, P.A.
1701 Grant Building
Pittsburgh, Pennsylvania  15219

JOHN C. HANNAN & MARRY N. HANNAN (A-6)
Kaftan, Kaftan, Kaftan, Kuehne,
   Van Egeren & Ostrow, S.C.
200 South Monroe Avenue
Green Bay, Wisconsin  54301

D. D. KING (A-7)
Scott Baldwin, Esquire
Jones, Jones & Baldwin
Post Office Drawer 1249
Marshall, Texas  75670

DAVID LEVINE, ETC. (A-8)
Melvin Block, Esquire
Wallace Flax, Esquire
16 Court Street
Brooklyn, New York  11241

WILLIAM C. PARKER, ETC. (A-9)
Gerald Blessey, Esquire
Post Office Drawer L
Biloxi, Mississippi  39533

PATRICK J. NATTER, ETC. (B-1)
Roscoe B. Hogan, Esquire
Hogan, Smith & Alspaugh
and Gorham, Natter & King
1201 City Federal Building
Birmingham, Alabama  35203

GENERAL MOTORS CORPORATION
Wilson W. Herndon, Esquire
Strasburger & Price
1200 One Main Place
Dallas, Texas  75250

HAMES OLDSMOBILE
William H. Kelly, Jr., Esquire
Mitchell, Russell & Kelly
208 South LaSalle Street
Chicago, Illinois  60604

MERRY OLDSMOBILE
David W. Brand, Esq.
Brand & Brand
350 East Old Country Road
Garden City, New York  11530

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. _____ --  _____

| | |
|---|---|
| **STATE OF ALABAMA** (C-1)<br>William J. Bakley, Esquire<br>Attorney General<br>250 Administration Building<br>Montgomery, Alabama 36104 | **WILLIAM M. BARBUSH** (D-1)<br>Roger L. Smith, Esq.<br>425 St. Paul Plaza<br>Baltimore, Maryland 21202 |

~~JAMES D. BLACKMAN (C-2)~~
~~Martin S. Driggers, Sr., Esquire~~
~~Saleeby, Cox, Driggers & Bledsoe~~
~~P.O. Box ___~~
~~Hartsville, S.C. 29550~~

ANDERSON OLDSMOBILE, INC.
Steven A. Allen, Esq.
10 Light Street
20th Floor
Baltimore, Maryland 21202

HAROLD HENSLEY (C-3)
~~P. Guthrie Gordon, III~~
~~Lowe and Gordon, Ltd.~~
~~409 Park Street~~
~~Charlottesville, VA 22901~~

CELIA M. GASQUE (D-2)
John T. Natter, Esq.
3700 Fourth Avenue, South
Suite 101
Birmingham, Alabama 35222

~~HOWARD TUTWILER (C-4)~~
~~Roscoe B. Hogan, Esq.~~
~~Wm. W. Smith, Esq.~~
~~See Counsel for D-1~~

Hogan, Smith & Alspaugh
10th Floor City Federal Bldg.
Birmington, Alabama 35203

J.B. DANIEL (C-5)
Gregory S. Cusimano
Floyd, Keener & Cusimano
816 Chestnut Street
Galsden, AL 35901

~~GENERAL MOTORS CORPORATION (C-5)~~
~~James C. Barton~~
~~Charles L. Robinson~~
~~Johnston, Barton, Proctor, Swedlaw & Naff~~
~~1212 Bank for Savings Building~~
~~Birmingham, Al. 35203~~

~~Frazer F. Hilder, General Counsel~~
~~General Motors Corporation~~
~~3044 West Grand Blvd.~~
~~Detroit, Mich. 48202~~

~~King and Spalding~~
~~2500 Trust Company Tower~~
~~Atlanta, GA 30303~~