DOCKET NO. 308

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE GENERAL MOTORS ENGINE INTERCHANGE LITIGATION

TRANSFER ORDER

The Panel ruled from the bench at the hearing on this matter that the actions in this litigation raise common questions of fact and that their transfer to the Northern District of Illinois under 28 U.S.C. §1407 will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.

IT IS THEREFORE ORDERED that, pursuant to Section 1407, the actions listed on the attached Schedule A and pending in districts other than the Northern District of Illinois be, and the same hereby are, transferred to the Northern District of Illinois and, with the consent of that court, assigned to the Honorable Frank J. McGarr for coordinated or consolidated pretrial proceedings with the actions already pending there and listed on Schedule A.

FOR THE PANEL:

John Minor Wisdom
Chairman

SCHEDULE A

DOCKET NO. 308

| NORTHERN DISTRICT OF ILLINOIS | Civil Action No. |
|---|---|
| William J. Scott, et. al. v. General Motors Corporation, et. al. | 77-C-927 |
| Betty J. Oswald, et. al. v. General Motors Corporation | 77-C-1006 |
| Phil and Eileen Miller, et. al. v. General Motors Corporation | 77-C-1436 |

NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Lula B. Creel and Guy W. Creel, et. al. v. General Motors Corporation | CA-77-P-440-S |
| Patrick J. Natter, et. al. v. General Motors Corporation | CA-77-P-0659-S |

WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Michael J. Balog, et. al. v. General Motors Corporation | 77-443 |

EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| John C. Hannan and Mary N. Hannan, et. al. v. General Motors Corporation | 77-C-265 |

EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| D. D. King v. General Motors Corporation | M-77-24-CA |

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| David Levine, et. al. v. General Motors Corporation | 77-C-849 |

SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| William C. Parker, et. al. v. General Motors Corporation | S-77-0174-(N) |

DOCKET NO. 308

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

AUG 22 1977

In re General Motors Corporation Engine Interchange Litigation

FILED
CLERK OF THE PANEL

State of Alabama, etc. v. General Motors Corp.,
 N.D. Alabama, Civil Action No. 77-P-0881-S
James B. Blackman, et al. v. General Motors Corp.,
 D. South Carolina, Civil Action No. 77-1191

8/22/77

## TRANSFER ORDER

All parties to the first above-captioned action (State of Alabama) have stipulated to the transfer of that action from the Northern District of Alabama to the Northern District of Illinois pursuant to 28 U.S.C. §1407 for inclusion in the coordinated or consolidated pretrial proceedings previously ordered in this litigation and pending in that district before the Honorable Frank J. McGarr. All parties to the second above-captioned action (Blackman) either agree on the desirability of or do not oppose transfer* of that action from the District of South Carolina to the Northern District of Illinois pursuant to Section 1407 for inclusion in those coordinated or consolidated pretrial proceedings.

Upon consideration of the complaints and the papers filed, the Panel finds that the above-captioned actions raise common questions of fact with the previously transferred actions and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the above-captioned actions be, and the same hereby are, transferred to the Northern District of Illinois and, with the consent of that court, assigned to the Honorable Frank J. McGarr for coordinated or consolidated pretrial proceedings with the actions previously transferred to that district.

FOR THE PANEL:

*John Minor Wisdom*

John Minor Wisdom
Chairman

---

*No responses to the motion of General Motors Corporation for transfer of Blackman to the Northern District of Illinois for inclusion in MDL-308 were submitted for filing, and thus all parties are deemed to have acquiesced to transfer of that action under Section 1407. See Rule 7, R.P.J.P.M.L., 65 F.R.D. 253, 258 (1975).